# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON FAIRBANKS, | CASE NO. 1:08-cv-0186-OWW DLB PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| KEN CLARK, | |
| Defendants. | (Doc. 1) |

## Screening Order

**I.    Screening Requirement**

Plaintiff Byron Fairbanks ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 6, 2008. (Doc. 1).

The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA") against Defendants Clark and Polk. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

        KEN CLARK

        L. POLK

    2.    The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2)

summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed February 6, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Three (3) copies of the endorsed complaint filed February 6, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated: **September 24, 2008**              /s/ **Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE