IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| BYRON FAIRBANKS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:08-CV-186-BLW |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KEN CLARK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Previously, the Court referred this case to a United States Magistrate Judge to consider all pretrial motions and matters.  However, upon a review of this case, it appears that Plaintiff has failed to respond to Defendants' Motion to Dismiss, even though it has been pending for more than six months.  There is nothing in the record indicating that Plaintiff wishes to continue to pursue this case (it appears that he has been released from prison).  As a result, the Court shall withdraw the reference to the United States Magistrate Judge, dismiss this case for lack of prosecution, deem Defendants' Motion to Dismiss moot, and enter judgment.

**ORDER - 1**

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED:

A.      The reference of this case to a United States Magistrate Judge to

consider all pretrial motions and matters (Docket No. 18) is

WITHDRAWN;

B.      Plaintiff's case is DISMISSED without prejudice for failure to prosecute;

and

C.      Defendants' Motion to Dismiss (Docket No. 15) is MOOT.

DATED:  **August 11, 2009**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**ORDER - 2**